

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00988-CR

Francisco L. **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4228
Honorable Joey Contreras, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Delivered and Filed: March 27, 2019

DISMISSED

On February 19, 2019, appellant filed a pro se motion to withdraw his appeal. Thereafter, on March 18, 2019, appellant's appointed counsel filed a motion to dismiss this appeal and attached appellant's February 19, 2019 motion as an exhibit. The motion is signed only by counsel. *See* TEX. R. APP. P. 42.2(a) (requiring that a motion to dismiss be signed by both counsel and appellant). However, in light of the record before us, we conclude good cause exists to suspend operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. We grant the motion and dismiss

this appeal.  *See* TEX. R. APP. P. 42.2(a).  Appellant's pro se motion to withdraw this appeal filed on February 19, 2019 is denied as moot.

PER CURIAM

DO NOT PUBLISH